No. 86–87. UNITED STATES v. SALERNO ET AL. C. A. 2d Cir. [Certiorari granted, ante, p. 929.] Motion of Americans for Effective Law Enforcement, Inc., et al. for leave to file a brief as

*amici curiae* out of time denied. Motion of Howard Perry for leave to file a brief as *amicus curiae* granted. Motion of National Association of Criminal Defense Lawyers for leave to participate in oral argument as *amicus curiae,* for divided argument, and for additional time for oral argument denied.